RHYNE v. VELSICOL CHEMICAL CORP.

No. 317PA93

Case below: 110 N.C.App. 870

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 7 October 1993.

RICHARDSON CORP. v. BARCLAYS AMERICAN/MORTGAGE CORP.

No. 363P93

Case below: 111 N.C.App. 432

Petition by defendant (Barclays American/Mortgage Corporation) for discretionary review pursuant to G.S. 7A-31 denied 4 November 1993.

SCOTT v. EASTERN TURF EQUIPMENT, INC.

No. 376P93

Case below: 111 N.C.App. 456

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 November 1993.

SMITH v. SMITH

No. 388A93

Case below: 111 N.C.App. 460

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion denied 4 November 1993.